COMMONWEALTH of Kentucky, DEPART-
MENT OF HIGHWAYS, Appellant,

v.

A. O. BROOKS and Gertrude Brooks, wife,
Appellees.

Court of Appeals of Kentucky.

Nov. 8, 1974.

Jim D. Robinson, Dept. of Highways, Frankfort, Joseph R. Flaherty, Owensboro, Perry M. Lewis, Madisonville, for appellant.

William L. Sullivan, Dorsey, Sullivan & King, Henderson, for appellees.

Memorandum Opinion PER CURIAM, Affirming.*

COMMONWEALTH of Kentucky, DEPART-
MENT OF HIGHWAYS, Appellant,

v.

Ernest BOYD and Nannie Boyd,
wife, et al., Appellees.

Court of Appeals of Kentucky.

Nov. 8, 1974.

Jim D. Robinson, Dept. of Highways, Frankfort, George Chad Perry, III, Paintsville, for appellant.

Scott Collins, Prestonsburg, Marrs A. May, Pikeville, for appellees.

Memorandum Opinion PER CURIAM, Affirming.*

John L. THREADGILL, Appellant,

v.

DEPARTMENT OF FINANCE, Common-
wealth of Kentucky, Appellee.

Court of Appeals of Kentucky.

Nov. 8, 1974.

Goss & Forester, Harlan, Arthur L. Brooks, Brooks, Sullivan & Molloy, Lexington, for appellant.

Ed W. Hancock, Atty. Gen., Charles D. Wickliffe, Dept. of Finance, Frankfort, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

COMMONWEALTH, DEPARTMENT OF
HIGHWAYS, Appellant,

v.

Hilda T. HARRISON et al., Appellees.

Court of Appeals of Kentucky.

Nov. 8, 1974.

James D. Robinson, General Counsel, Dept. of Highways, Frankfort, George E. Stigger, III, Perdue & Stigger, Henderson, Perry M. Lewis, Madisonville, for appellant.

Jerry W. Nall, Nall & Stephens, Owensboro, for appellees.

Memorandum Opinion PER CURIAM, Affirming.*

* Opinion ordered not to be published.